Hanna B. Raanan CA Bar No. 261014
hanna.raanan@ogletreedeakins.com
Guillermo M. Tello CA Bar No. 277896
guillermo.tello@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714.800.7900
Facsimile: 714.754.1298

Attorneys for Defendant
CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAUNDA MCDANIEL<br><br>   Plaintiff,<br><br>   v.<br><br>CLEAN HARBORS ENVIRONENTAL SERVICES, INC., a Massachusetts Corporation; and DOES 1 through 5, inclusive<br><br>   Defendants. | Case No. 15-CV-05140-JSW<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1  Upon consideration of the Parties' Joint Stipulation to continue the Case Management
2  Conference, and good cause appearing,
3  **IT IS HEREBY ORDERED THAT:**
4  1. The Parties stipulation to continue the case management conference is GRANTED.
5  2. The Case Management Conference set for February 12, 2016, at 11:00 a.m., is
6  continued to  March 18  , 2016, at 11:00 a.m. All related dates and filing deadlines are also
7  continued.
8  **IT IS SO ORDERED.**

DATED: January 25, 2016

Judge Jeffrey S. White
U.S. DISTRICT COURT JUDGE

1
[~~PROPOSED~~] ORDER

Case No. 15-CV-05140-JSW