UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAUNDA M. MCDANIEL,<br><br>        Plaintiff,<br><br>   v.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.,<br><br>      Defendant. | Case No.  15-cv-05140-JSW<br><br>**ORDER REQUESTING STATUS REPORT** |

On June 14, 2016, this Court received an ADR Certification, which stated that this matter settled in full.  (Docket No. 42.)  On July 6, 2016, the Court approved a stipulation dismissing Plaintiff's ninth claim for relief without prejudice.  (Docket No. 44.)  The Court HEREBY ORDERS the parties to file a joint status report by August 26, 2016, which sets forth the status of this matter and when they expect to dismiss this action.

     **IT IS SO ORDERED.**

Dated: August 3, 2016

_____

JEFFREY S. WHITE
United States District Judge